UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSH LIMAS | § | |
| | § | CIVIL ACTION NO. 5:20-cv-00227 |
| **Plaintiff** | § | |
| | § | |
| VS. | § | |
| | § | |
| INTERNATIONAL BANK OF COMMERCE | § | |
| | § | |
| **Defendant** | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, JOSH LIMAS Plaintiff and INTERNATIONAL BANK OF COMMERCE Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:	March 1, 2021	FOR JOSH LIMAS, Plaintiff

BY:	*/S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax

Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED:     March 1, 2021     FOR INTERNATIONAL BANK OF COMMERCE,

Defendant

BY:   */S/*   ***Vincent A. Notzon***
Vincent A. Notzon
MARTIN & DROUGHT, PC
Weston Centre, 16th Floor
112 E. Pecan Street, Suite 1616
San Antonio, Texas 78205
(210) 220-1327 – Office
(210) 227-7924 - Fax